WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** vturner@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
EXXONMOBIL OIL CORPORATION
(erroneously sued as "EXXONMOBIL")

FILED
2008 MAR 27  PM 12: 03
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVEADA COPELAND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EXXONMOBIL; MOBIL SELF SERVE AND DOES 1 TO 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. **'08 CV 0574 BEN NLS**<br><br>NOTICE OF PARTIES WITH FINANCIAL INTEREST<br><br>Complaint Filed: October 31, 2007<br><br>Date:<br>Time:<br>Dept.:<br>Judge:　　Hon.<br>Trial Date: Not Set |

　　Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 40.2 of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant ExxonMobil Oil Corporation, by and through its counsel of record, provides the following Notice of Parties With Financial Interest:

　　ExxonMobil Oil Corporation is a New York corporation with its principal place of business in the State of Texas. It is a wholly owned subsidiary of ExxonMobil Corporation.

Dated:　　March 27, 2008　　　　　　　　WILSON PETTY KOSMO & TURNER LLP

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　VICKIE E. TURNER
　　　　　　　　　　　　　　　　　　　　　　　　SOTERA L. ANDERSON
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　EXXONMOBIL OIL CORPORATION
　　　　　　　　　　　　　　　　　　　　(erroneously sued as "EXXONMOBIL")

-1-　　　　　　　　　　　Case No.
NOTICE OF PARTIES WITH FINANCIAL INTEREST